**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **EDWARD FOX and SUZANNE BRYAN,** individually and on behalf of all others similarly situated;<br><br>*Plaintiff,*<br><br>v.<br><br>**EPIC SYSTEMS CORPORATION and REID HOSPITAL & HEALTH CARE SERVICES, INC.,**<br><br>*Defendants*. | Case No.: 3:26-cv-00214 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Edward Fox and Suzanne Bryan ("Plaintiffs") hereby file their Notice of Voluntary Dismissal of their claims against Defendants Epic Systems Corporation and Reid Hospital & Health Care Services, Inc., without prejudice.

DATED: May 1, 2026          Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (Wis. Bar 1085424)
Daniel O. Herrera*
**CAFFERTY CLOBES MERIWETHER & SPENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel.: 312.782.4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

***Counsel for Plaintiff and the Putative Class***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of May 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court through the Court's electronic system, which will send electronic notification to all counsel of record.

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman